SITCOMM ARBITRATION ASSOCIATION
8764 Rosalie Avenue # 440223
Brentwood, Missouri 63144
+ 1 (877) 631-1722

Website: saalimited.com                               Email: support@saalimited.com

RECEIVED USDC
CLERK, CHARLESTON, SC
2019 APR 23  AM 9: 26

Page | 1

# IN THE MATTER OF THE ARBITRATION

## BETWEEN THE FOLLOWING PARTIES:

NELSON BRUCE, ET AL.,                  Contract No.: 2019-0108BRUCWSFCM–S12389981–5577899811©

         CLAIMANT,               9 U.S. CODE § 1, 2, 9; THE COMMON LAW

vs.                                    **ARBITRATION HEARING NOTIFICATION**

WILMINGTON SAVINGS FUND SOCIETY, FSB - ATTENTION: MARK A. TURNER (CEO), ET AL.,
ALBERTELLI LAW-WILLIAM S. KOEHLER ON BEHALF OF WILMINGTON SAVINGS FUND SOCIETY, FSB, ET AL.,
THE DISTRICT COURT OF THE UNITED STATES - CHARLESTON DIVISION/CIVIL, ET AL.,
CARRINGTON MORTGAGE SERVICES, LLC - ATTENTION: BRUCE ROSE (CEO), ET AL.,
THE UNITED STATES OF AMERICA - UNITED STATES ATTORNEY GENERAL AT UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,
THE UNITED STATES SUPREME COURT - CHIEF JUSTICE JOHN GLOVER ROBERTS JR. ET AL.,
THE SOUTH CAROLINA SUPREME COURT - ATTENTION: CHIEF JUSTICE DONALD W. BEATTY, ET AL.,
THE UNITED STATES DEPARTMENT OF AGRICULTURE - FISCAL SERVICE, DIRECTOR, FINANCE OFFICE, ET AL.,
STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE - ATTENTION ATTORNEY GENERAL ALAN WILSON, ET AL.,
SOUTH CAROLINA HOUSING TRUST FUND - SC HOUSING CORP - C/O TRACEY C. EASTON, ET AL.,
GOVERNOR OF THE STATE OF SOUTH CAROLINA - STATE HOUSE - ATTENTION THE HONORABLE HENRY MCMASTER, ET AL.,
UNITED STATES HOUSE OF REPRESENTATIVES - ATTENTION: JOE CUNNINGHAM, ET AL.,
THE SOUTH CAROLINA STATE TREASURER - OFFICE OF THE STATE TREASURER AND OR THEIR ASSIGNS - ATTENTION: STATE TREASURER CURTIS M. LOFTIS, JR., ET AL.,
SOUTH CAROLINA HOUSE OF REPRESENTATIVES - SOUTH CAROLINA LEGISLATIVE COUNCIL AND/OR THEIR ASSIGNS - ATTENTION: MANDY W. KIMMONS, ET AL.,
THE TREASURER OF THE UNITED STATES - OFFICE OF THE TREASURER AND OR THEIR ASSIGNS, ET AL.,
DORCHESTER COUNTY COURTHOUSE – COMMON PLEAS/CIVIL/CIRCUIT COURT, JUDGE DIANE S. GOODS, ET AL.,
BANK OF AMERICA, N.A. – C/O BANK OF AMERICA CORPORATION – BRIAN MOYNIHAN, CEO, ET AL.
         RESPONDENT(S).

## NOTICE OF ARBITRATION HEARING

### TO THE ABOVE-NAMED PARTIES OF RECORD:

You are hereby notified that the above-entitled matter has been set for hearing as follows:

**DATE:**   **MAY 13, 2019**

**TIME:**   **12:00 P.M.**

**IMPORTANT NOTICE:** In the event that the Party(s) do not answer this Notice or object to the request(s) sought within the time indicted, the Arbitrator may proceed to enter an Arbitration Award based upon the supporting evidence presented and other related documentation.

Page | 2

   Enclosed with this Notice electronic media, that contains the supporting documentation of the above-entitled matter for your review. YOU HAVE TEN (10) DAYS from receipt of this Notice to forward a Response to the Arbitrator. If a Response is not received, the Arbitrator will presume your acceptance and may proceed to review the supporting documentation and issue a binding decision, please note that any and all responses must be served upon the parties, and you must maintain a record of proof of service.

DATE:  April 19, 2019

                  /s/ ANNE SMITH, ARBITRATOR

(REMAINDER OF PAGE LEFT INTENTIONALLY BLANK)