AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Nelson Leon Bruce, Estate of Nelson Leon Bruce

*Plaintiff*

v.

Wilmington Savings Fund Society, FSB, *Trustee of Stanwich Mortgage Loan Trust C*; J. Stanley Claypoole, *Title Company*; Carrington Mortgage Services, LLC; Bank of America, N.A.; Bank of America Corporation; Mortgage Electronic Registration System, *MERS*; Government National Mortgage Association, *Ginnie Mae*; Albertelli Law; Dorchester County Register of Deeds; South Carolina Secretary of State; Unknown Does 1-12,000,

*Defendants*

Civil Action No.     2:18-cv-02555-BHH

)
)
)
)
)
)
)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The Report and Recommendation of Magistrate Judge Marchant is **AFFIRMED**, and the complaint is **DISMISSED** without prejudice and without issuance and service of process..

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge

Date:   May30, 2019

*CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*